**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

| | | |
|---|---|---|
| **STATE OF OHIO,** | : | Case No. 2:15-CV-3084 |
| | : | |
| **Plaintiff,** | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| v. | : | |
| | : | Magistrate Judge King |
| **WESLEY C. VINCENT,** | : | |
| | : | |
| **Defendant.** | : | |

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the March 28, 2016 Opinion and Order, the Court **ADOPTED** the Report and Recommendation.  This action is summarily **REMANDED** to the Ross County Court of Common Pleas.

Date:  March 28, 2016                         Richard W. Nagel, Clerk

                                                                         s/Betty L. Clark
                                                    Betty L. Clark/Deputy Clerk